**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**June 11, 2019**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

GABRIEL RODRIGUEZ CARO,

     Petitioner - Appellant,

v.

DAVID WEAVER, United States Marshal
for the District of Colorado,

     Respondent - Appellee.

No. 18-1469
(D.C. No. 1:17-CV-02758-RBJ)
(D. Colo.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **HOLMES**, **BACHARACH**, and **McHUGH**, Circuit Judges.
_____

Gabriel Rodriguez Caro appeals from the district court's denial of his

28 U.S.C. § 2241 application challenging the magistrate judge's certification of his

extradition to Mexico. Mr. Rodriguez's motion to withdraw his oral argument

_____

[*] After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument. This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

request and expedite the appeal is granted.  For reasons explained separately, the

district court's decision is affirmed.[1]

Entered for the Court


Jerome A. Holmes
Circuit Judge

---

[1] Certain filings in this appeal have been sealed by previous orders of this court.  We direct the clerk to enter this Order and Judgment on the public docket. Consistent with the court's sealing orders, this Order and Judgment and a separate sealed version of this Order and Judgment shall be filed simultaneously.  The two Orders and Judgments shall constitute one judgment for purposes of the termination of this appeal.